UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

LEONARD DOUGLAS (#601998), *Individually and on behalf of* EXECUTIVE SHIELD SOCIETY, INC., HOUSE OF BLUES OF BATON ROUGE, and BATON ROUGE HOUSE OF BLUES, LLC

CIVIL ACTION

VERSUS

THE ESTATE OF T. JOE CALLOWAY, ET AL.

NO. 18-00127-BAJ-SDJ

### RULING AND ORDER

Before the Court is Plaintiff's *pro se* Complaint (Doc. 1), alleging various breach of contract claims related to improvements made to a certain tract of real property located at 6046 Airline Highway, Baton Rouge, Louisiana. Plaintiff, a prisoner, is proceeding *in forma pauperis*. Pursuant to the screening requirements of 28 U.S.C. §§ 1915(e) and 1915A, the Magistrate Judge has issued a Report and Recommendation (Doc. 8) recommending that Plaintiff's action be dismissed without prejudice for lack of subject matter jurisdiction and on the basis that Plaintiff has not established that he can represent the interests of his purported co-plaintiffs. Plaintiff does not object to the Magistrate Judge's Report and Recommendation.

Having carefully considered Plaintiff's Complaint and related filings, the Court **APPROVES** the Magistrate Judge's Report and Recommendation and **ADOPTS** it as the Court's opinion in this matter.

Accordingly,

**IT IS ORDERED** that Plaintiff's Complaint is **DISMISSED WITHOUT PREJUDICE** for lack of subject matter jurisdiction and on the basis that Plaintiff has not established that he can represent the interests of his purported co-plaintiffs.

A judgment will issue separately.

Baton Rouge, Louisiana, this 10th day of December, 2020

_____
JUDGE BRIAN A. JACKSON
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA